STATE OF CONNECTICUT *v.* CHESTER ORSINI

The petition of the defendant for certification for leave to appeal writ of error coram nobis is denied. As to the other relief sought by the petitioner, the clerk of this court for Hartford County is directed to forward to the clerk of the Superior Court in New Haven County the papers submitted to this court entitled "Writ of Error Coram Nobis Ad-Testificandum," "Affidavit in Support of Writ of Error Coram Nobis Ad-Testificandum," and "Motion to Subpoena Ad-Testificandum." The clerk of the Superior Court in New Haven County is directed to file said papers to be proceeded with according to law.

*Chester Orsini,* pro se, on the petition.

Submitted February 11—decided February 18, 1970

HARRY B. BRADBURY ET AL. *v.* JOSEPH J. WODJENSKI ET AL.

The motion by the defendant Batter Lumber Company, Inc., for judgment in its favor in the appeal from the Court of Common Pleas in Litchfield County is denied.

*Joseph Glass,* for the appellant (defendant Batter Lumber Company, Inc.).